IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RONNIE LEE SMITH, ADC # 134161**                                            **PETITIONER**

VS.                                    **5:07CV00078-WRW**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe Thomas Ray and the timely objections.[1]

After considering the Recommended Disposition and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly Respondents' Motion to Dismiss (Doc. No. 15) is GRANTED, and the case is DISMISSED, WITHOUT PREJUDICE.  Petitioner's Motion to Compel (Doc. No. 18) is DENIED AS MOOT.

IT IS SO ORDERED this 5th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 23, 28.