IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RONNIE LEE SMITH, ADC # 134161**                                                        **PETITIONER**

**VS.**                                      **5:07CV00078-WRW**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                                     **RESPONDENT**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of February, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE